# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

William Howard Rutland, III, #09030325,    )
                                            )

        Plaintiff,                 )

                                            )

v.                                    )     Civil Action No. 8:09-1754-SB

                                            )

Sheriff Wayne Dewitt, Berkeley County    )
Sheriff's Office; Captain Barry Currie, BCSO;  )       **ORDER**
Lieutenant Butch Rivers, BCSO;           )
Sargent Rosemary Sanders, BCSO;      )
Nurse Paula Brodie, Berkeley County      )
Detention Center,                    )

                                            )

        Defendants.               )
_____)



This matter is before the Court upon the *pro se* Plaintiff's complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On July 27, 2009, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the complaint (and the Plaintiff's motion for partial dismissal) and recommending that the Court dismiss the complaint as to Defendants Dewitt, Currie, and Rivers without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d

198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a <u>de novo</u> review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed **as to Defendants Dewitt, Currie, and Rivers** without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

August **24**, 2009
Charleston, South Carolina

